UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Frances S Buchanan

Debtor(s)

Case No. 12-15453

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/17/2012.

2) The plan was confirmed on 07/12/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/28/2015.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,800.00.

10) Amount of unsecured claims discharged without payment: $78,427.69.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

    Total paid by or on behalf of the debtor      $27,606.80
    Less amount refunded to debtor      $817.40

**NET RECEIPTS:**      **$26,789.40**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan      $3,500.00
    Court Costs      $0.00
    Trustee Expenses & Compensation      $1,033.23
    Other      $26.00

**TOTAL EXPENSES OF ADMINISTRATION:**      **$4,559.23**

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 2,168.45 | 2,168.45 | 2,168.45 | 416.64 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK NA CONSUMER | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | NA | 360.00 | 360.00 | 69.17 | 0.00 |
| CHECK N GO | Unsecured | NA | 2,725.00 | 2,725.00 | 523.57 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 2,907.26 | 2,907.26 | 2,907.26 | 558.59 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 158.84 | 158.84 | 158.84 | 30.52 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | NA | 402.00 | 402.00 | 77.24 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 1,795.00 | 4,109.02 | 4,109.02 | 789.49 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDITORS DISCOUNT & AUDIT | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| FIRST CARD SERVICES | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| FIRST SOUTHWESTERN FINANCIAL S | Secured | 9,396.79 | 9,396.79 | 9,396.79 | 9,396.79 | 764.66 |
| HEART CARE CENTER OF ILLINOIS | Unsecured | NA | 1,261.64 | 1,261.64 | 242.41 | 0.00 |
| IC SYSTEM | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 129.31 | 129.31 | 24.85 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,500.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 578.00 | 581.11 | 581.11 | 111.65 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 441.00 | 442.86 | 442.86 | 85.09 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,251.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,659.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 522.04 | 522.04 | 100.30 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 353.82 | 353.82 | 67.98 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 600.00 | 600.00 | 600.00 | 115.28 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 760.00 | 760.00 | 760.00 | 146.02 | 0.00 |
| JUNE PRODEHL RENZI & LYNCH LLC | Unsecured | 2,500.00 | 7,140.65 | 7,140.65 | 1,371.97 | 0.00 |
| MCI WORLDCOM | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 865.50 | 865.50 | 865.50 | 166.29 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 720.85 | 720.85 | 720.85 | 138.50 | 0.00 |
| MRSI | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL SERVICE BUREAU | Unsecured | 1,793.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,390.00 | 3,036.71 | 3,036.71 | 583.46 | 0.00 |
| NICOR GAS | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD CATON PROPERTY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 609.63 | 609.63 | 117.13 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 464.00 | 464.27 | 464.27 | 89.20 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 470.00 | 470.00 | 470.00 | 90.30 | 0.00 |
| SPRINT CORP | Unsecured | 978.90 | 978.90 | 978.90 | 188.08 | 0.00 |
| STELLAR RECOVERY | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| TIDEWATER FINANCE COMPANY | Unsecured | 13,129.38 | 13,129.38 | 13,129.38 | 2,522.62 | 0.00 |
| TORRES CREDIT SERVICES | Unsecured | 1,696.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE MASTER CARD | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,070.00 | 823.55 | 823.55 | 158.23 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 17,092.85 | 17,092.85 | 3,284.14 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VISION FINANCIAL SERVICES | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 21,244.48 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION CORP | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,396.79 | $9,396.79 | $764.66 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,396.79** | **$9,396.79** | **$764.66** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$62,813.64** | **$12,068.72** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,559.23 |
| Disbursements to Creditors | $22,230.17 |
| **TOTAL DISBURSEMENTS:** | **$26,789.40** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/05/2015                                By: /s/ Glenn Stearns
                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**